IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DEBORAH A. ADDISON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV420-178
)
CHARLES REDMOND BOWERS, JR.; FG )
O'NEAL, JR. also known as Oneal )
Ferganson, Jr. doing business )
as F.G. O'Neal, Jr. Co., Inc.; )
and EVEREST NATIONAL INSURANCE )
COMPANY; )
)
    Defendants. )
)

## O R D E R

Before the Court is the parties' Stipulation to Dismiss With Prejudice All Defendants. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." Accordingly, the parties' request (Doc. 12) is **GRANTED** and this action is **DISMISSED WITH PREJUDICE**.[1] Each party shall bear its own attorneys' fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 15th day of March 2021.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] The parties' prior Stipulation to Dismiss With Prejudice (Doc. 11) is **DISMISSED AS MOOT**.